**Rayshawn Kalif PEARSON, Plaintiff–Appellant,**

v.

**Richard TURNER; Bill Byars, Defendants–Appellees.**

No. 13–6553.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2013.

Decided: Sept. 26, 2013.

Rayshawn Kalif Pearson, Appellant Pro Se. Anne Ross Culbreath, Charles Franklin Turner, Jr., Turner, Padget, Graham & Laney, PA, Greenville, South Carolina, for Appellees.

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rayshawn Kalif Pearson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pearson v. Turner,* No. 9:12–cv–01747–TMC, 2013 WL 1104163 (D.S.C. Mar. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*